No. 808
PHILLIPS, IN RE
U. S. Dist. Court, S. D. Ohio, W. D.
No. 648. Decided April 15, 1924

127. BANKRUPTCY—1. Discharge to bankrupt refused only for reasons specifically stated in Bankrupt Act.

2. Stating conclusion in opposition to granting discharge to bankrupt held insufficient.

3. Judgment for injuries caused by negligence not a liability for "willful and malicious injuries" within Bankrupt Act.

HICKENLOOPER, D. J. Epitomized Opinion
Published Only in Ohio Law Abstract

This cause came on for hearing on specifications in opposition to the granting of discharge to bankrupt. The specifications insisted upon are: (1) That the bankrupt had not given the correct amount of property owned by him nor the correct value of said property. (2) That the action in which one of the creditors obtained judgment against said bankrupt in Mongomery Co. Common Pleas was an action for injuries to property. This action for personal injuries was based upon a wilful violation of the laws of Ohio and ordinances of Miamisburg. In granting a discharge in bankruptcy the U. S. District Court held:

1. A discharge will be refused only for reasons specifically stated in bankruptcy act, 14b (Comp. St. 9598), as justification for such refusal.

2. Specification, in opposition to granting of discharge to bankrupt, "that said bankrupt has not given the correct amount of property owned by him, nor the correct amount of the value of said property," without pleading facts in support thereof, held insufficient.

3. A judgment rendered against the bankrupt in an action for injuries caused by bankrupt operating an automobile in violation of law held not a liability for "wilful and malicious injuries to the person or property of another," within bankruptcy act, 17 (2), being Comp. St. 9601, providing that such a liability shall not be discharged; the words "wilful and malicious" signifying intentional doing of an act which must and does result in injury, or that class of torts in which malice and injury are always implied by law.

Attorneys—P. H. Rue, for bankrupt; Patrick Gaynor, for objecting creditor.

## OHIO STATE BAR ASSOCIATION
## COMMITTEE ON LEGISLATION

I am pleased to announce the appointment of the following Committee on Legistration of the Ohio State Bar Association:

Chairman, Walter A. Ryan, Cincinnati; First District, Walter A. Ryan, Cincinnati; Second District, Chase Stewart, Springfield; Third District, Fred E. Guthery, Marion; Fourth District, Henry Bannon, Portsmouth; Fifth District, W. F. Garver, Millersburg; Sixth District, A. E. Culbert, Fremont; Seventh District, Warren Thomas, Warren; Eighth District, Maurice Maschke, Cleveland; Ninth District, Nathan O. Mather, Akron.

The Constitution of the Association provides that, "It shall be the duty of the Committee on Legistlation to present to the General Assembly all recommendations of the Association respecting changes in existing laws and proposed new legislation, and endeavor to secure proper action thereon, report all its proceedings to the Association at each meeting, and whenever this Association shall by resolution recommend the enactment of any law or laws, the Secretary thereof, shall, as soon as possible, furnish a copy of the resolution to the chairman of the Committee on Legislation, which committee shall draft a bill and have the same introduced to the General Assembly of the State containing the subject matter recommended by such resolution, and use the proper means to procure the enactment of same into law."

In accordance with the foregoing, the Committee on Legislation will have the duty of endeavoring to secure legislation recommended by the Committee on Judicial Administration and Legal Reform and approved by the Association.

JOHN A. CLINE, President,

The Ohio Bar Association.

## PUBLISHERS' COLUMN
# The Ohio Law Abstract

Entered as second class matter, February 28, 1923, at the Post Office, Cleveland, Ohio, under the Act of March 3, 1879

| CHIEF EDITOR | - | - | W. J. TOSSEL |
| President | - | - | J. F. Laning |
| Vice Pres. and Cir. Mgr. | - | Sam H. Torrey |
| Secretary and Treasurer | - | S. R. Laning |

Issued Every Wednesday 48 Weeks of the Year

SUBSCRIPTION PRICES AND TERMS

One year (48 issues) Payable in Advance..$15.00
Single Numbers ......................... .35

When cash is mailed to us in advance
20 per cent discount

EXPIRATIONS

We send notices to subscribers, four weeks in advance of the date to which their subscription is paid, thus assuring them of ample knowledge in time to prepay renewals, and save the 20 per cent we give to those who mail the money in advance.

Address all communications to

THE LAW ABSTRACT COMPANY

1727 Bryn Mawr, Cleveland, O.

P. O. Box 55, East Cleveland Sta.

As the close of the 1924 Abstract year is now so near at hand, it becomes its publishers to take an inventory of their stock of ideas anent the 1925 improvements they should make in the paper, and prepare to utilize those which appear will be the most useful and worthy of selection. Several changes are about determined upon, of which the chief one will be the addition of more pages, to enable the publication of more opinions, and the earlier and more thorough reporting of Court of Appeals cases. We will welcome suggestions from subscribers whose experience with the Abstract suggests information on the subject they feel like imparting to us.

We mention with pleasure the many substantial responses we are receiving from the reminders sent to subscribers who have paid up to the close of 1924. It is a splendid tribute to the Abstract and the service it is giving the profession, and we appreciate their confidence and good will, as well as their contribution.